UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver for the BANK OF WHITMAN,<br><br>                  Plaintiff,<br><br>   v.<br><br>SMI GROUP, XV, LLC., a Washington limited liability company; MICHAEL E. HENRY individually, and on behalf of the marital community composed of MICHAEL E. HENRY and REBECCA W. HENRY, and SMI GROUP XVIII, LLC., a Washington limited liability company,<br><br>                  Defendants. | NO: CV-12-5056-RMP<br><br>ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE |

**BEFORE** the Court is the parties' Stipulated Motion to Dismiss with Prejudice, ECF No. 41. Having reviewed said stipulation and the file and pleadings therein, the Court finds good cause to grant the motion. Accordingly,

**IT IS HEREBY ORDERED:**

ORDER GRANTING MOTION TO DISMISS WITH PREJUDICE ~ 1

1. Defendant's Stipulated Motion to Dismiss **ECF No. 41**, is **GRANTED**. Plaintiffs' Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Clerk is directed to enter this Order, enter judgment accordingly, provide copies to counsel, and **close** this case.

**DATED** this 1st day of October 2013.

      *s/ Rosanna Malouf Peterson*
      ROSANNA MALOUF PETERSON
      Chief United States District Court Judge