# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION, as Receiver for the BANK OF WHITMAN, *Plaintiff* v. SMI GROUP, XV, LLC; MICHAEL E. HENRY individually and the marital community composed with REBECCA W. HENRY; SMI GROUP XVIII, LLC, *Defendant* | Civil Action No. CV-12-5056-RMP |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: per the parties' Stipulated Motion to Dismiss, the Plaintiffs' Complaint and any and all counterclaims and/or cross-claims are dismissed with prejudice and without costs to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Rosanna Malouf Peterson on a motion for

Date: 10/1/13

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda Emerson
*(By) Deputy Clerk*

Linda Emerson